**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

In re:  Case No. 25-30905-KHK
Te'Quan Junnie Gilliam  Chapter 13
    Debtor

Address:  1413 Middleberry Drive
             Henrico, VA 23231

Last four digits of SSN: xxx-xx-1480

### NOTICE OF MOTION TO SHORTEN THE NOTICE PERIOD ON MOTION TO EXTEND THE AUTOMATIC STAY

The above named Debtor has filed a Motion to Shorten the Notice Period on the Motion to Extend the Automatic Stay filed in this bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY IMMEDIATELY UPON THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

- The written response in opposition to this motion must be filed with the clerk of court at the address shown below. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street, Suite 4000
        Richmond, VA 23219-3515

Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

- You must also send a copy to:

    Boleman Law Firm, P.C.
    P. O. Box 11588
    Richmond, VA 23230-1588

Dated: March 24, 2025

BOLEMAN LAW FIRM, P.C.
Counsel for Debtor

TE'QUAN JUNNIE GILLIAM

By:  /s/ Daniel J. Webster
Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States Trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ Daniel J. Webster
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: Te'Quan Junnie Gilliam | Case No. 25-30905-KHK |
| Debtor | Chapter 13 |

## MOTION TO SHORTEN THE NOTICE PERIOD ON MOTION TO EXTEND THE AUTOMATIC STAY

COMES NOW Te'Quan Junnie Gilliam (the "Debtor"), by counsel and respectfully requests that the Court schedule an expedited hearing and shorten the notice period on the Debtor's Motion to Extend the Automatic Stay (the "Motion"). In support thereof, Debtor respectfully states the following:

1. This case commenced upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on March 10, 2025.

2. Debtor seeks permission to shorten the notice period for the Motion to Extend the Automatic Stay from twenty-one (21) days to seventeen (17) days from the date of service of the Motion to Extend the Automatic Stay.

3. That a shortened notice period on the Motion are necessary for the following reason: there are not available court dates within the regular notice period prior to the expiration of the stay.

5. A shortened notice period are necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted.

WHEREFORE Te'Quan Junnie Gilliam, by counsel, respectfully requests this Honorable Court to enter an Order shortening the notice period for the Motion to Extend

Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

the Automatic Stay from twenty-one (21) days to seventeen (17) days from the date of service of the Motion to Extend the Automatic Stay, and for such other and further relief as the Court deems proper.

TE'QUAN JUNNIE GILLIAM

By Counsel

<u>/s/ Daniel J. Webster</u>
Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

I certify that on <u>March 24, 2025</u>, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States Trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ Daniel J. Webster
Counsel for Debtor

Best Buy/ CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Chimefin/Stride Bank
PO Box 3448
Enid, OK 73702

Conn Credit Corp
2755 Liberty St
Beaumont, TX 77702

County of Henrico Treasurer
Finance Department
P.O. Box 90775
Henrico, VA 23273-0775

Credit Acceptance Corp
Attn: Bankruptcy Dept
PO Box 55000; Dept. 188801
Detroit, MI 48255-1888

Fortiva/TBOM
5 Concourse Parkway
Atlanta, GA 30328

Latonya Camp
7114 John Elizabeth Place
Prince George, VA 23875

LVNV Funding LLC
55 Beattie Place
Greenville, SC 29601

Patient First
7238 Mechanicsville Tpke
Re: Bankruptcy
Mechanicsville, VA 23111

Portfolio Recovery Assoc., LLC
120 Corporate Boulevard
Norfolk, VA 23502

Santander Consumer USA
Attn: Bankruptcy Department
PO Box 961245
Fort Worth, TX 76161-1245

SYNCB/Value City Furniture
P.O. Box 965036
Orlando, FL 32896-0001

Synchrony Bank
PO Box 4477
Houston, TX 77210